McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Aug 7, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTERS OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT AND ORDERS PURSUANT TO § 2703(d) RE: | ORDER TO UNSEAL SEARCH WARRANT, SEARCH WARRANT AFFIDAVIT, § 2703(d) APPLICATIONS |
| Information Associated with Joshua Bilal George that is Stored at Premises Controlled by Apple, Inc. | 2:20-SW-0148-KJN |
| Subscribers Identified by: Phone Number 916 916-807-0027, Phone Number 916-223-0007, Phone Number 619-606-5002, Email Address Joshua.B.George@hq.dhs.gov, Email Address JAE1683@yahoo.com, and IMEI# 014389001578781 | 2:20-SW-0149-KJN |
| Mobile-Phone Accounts Identified by 916-223-0007 | 2:20-SW-0218-AC |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 08/07/2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

REQUEST TO UNSEAL SEARCH WARRANT, SEARCH WARRANT AFFIDAVIT, § 2703(d) APPLICATIONS AND ORDERS

1